**Opinion issued August 6, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00263-CR

————————————

## EX PARTE JACOB MITCHELL, Appellant

---

**On Appeal from the 155th District Court**
**Austin County, Texas**
**Trial Court Case No. 2020V-0039**

---

## MEMORANDUM OPINION

Appellant, Jacob Mitchell, has filed a motion to dismiss his appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). The State has not opposed this motion. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Landau.

Do not publish.  TEX. R. APP. P. 47.2(b).